IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| MICHAEL A. KEETON, an Individual on Behalf of Himself and all Others Similarly, Plaintiffs, | § § § § | |
| VS. | § § | CIVIL ACTION NOS. 1:14-131 1:14-132 |
| CONVERGENT OUTSOURCING, a Washington Corporation; LVNV FUNDING, a Delaware Limited Liability Company; and JOHN and JANE DOES 1 NUMBERS THROUGH 25, Defendants. | § § § § § § | |

## ORDER ON MOTION TO CONSOLIDATE

Be it remembered that on this day came to be considered Defendants' Motion to Consolidate.

Based upon the pleadings, evidence and briefing at hand, this Court if of the opinion that Defendants'

Motion should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED that said Motion be, and it is hereby **GRANTED**.

Case No. 1:14-cv-131 and Case No. 1:14-cv-132 are hereby consolidated into one, **Case No. 1:14-cv-131.** Any other relief not expressly granted herein is denied.

DONE at Brownsville, Texas, this 28th day of May, 2015.

Ronald G. Morgan
United States Magistrate Judge